

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :    MISDEMEANOR
                                    :    INFORMATION
                                    :
         - v. -                     :    07 Cr.
                                    :
DEXTER GRIFFIN,                     :    07CRIM. 360
                                    :
              Defendant.            :
                                    :
------------------------------------x

COUNT ONE

The United States Attorney charges:

1. From in or about January 2004 until in or about February 2005, in the Southern District of New York and elsewhere, DEXTER GRIFFIN, the defendant, unlawfully, willfully, knowingly, and fraudulently, did demand and endeavor to have, an annuity, dividend, pension, wages, gratuity, and other debt due from the United States, and any part thereof, to wit, the United States General Services Administration ("GSA"), received, and paid by virtue of a false, forged, and counterfeited power of attorney, authority and instrument, the sum and value of which so obtained did not exceed $1,000, to wit, GRIFFIN presented false, fictitious, and fraudulent time and attendance sheets to his employer (a federal contractor), which, in turn, sought and received reimbursement from GSA, via the United States Department of Veterans Affairs, for wages paid to GRIFFIN.

(Title 18, United States Code, Sections 1003 & 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**DEXTER GRIFFIN,**

**Defendant.**

---

**MISDEMEANOR INFORMATION**

07 Cr.


                              <u>MICHAEL J. GARCIA</u>
                           United States Attorney.

---