# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



July 2, 2007

**BY FAX**

Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

RECEIVED
JUL -2 2007
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

Re: **United States v. Dexter Griffin**
07 Cr. 360 (MHD)

Dear Judge Dolinger:

I write on behalf of my client, Dexter Griffin, to respectfully request a 45-day adjournment of his sentencing proceeding, currently scheduled for August 7, 2007. We request the adjournment because Mr. Griffin is getting married on August 23, 2007 and will then go on his honeymoon. Earlier today, I conferred with Assistant United States Attorney Christopher LaVigne, who consents to this request on behalf of the Government. There have been no previous requests for an adjournment.

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Attorney for **Dexter Griffin**
(212) 417-8734

cc: Christopher LaVigne, Esq.
Assistant United States Attorney (by fax)

Smyla G. Jones
United States Probation Officer (by fax)

ENDORSED ORDER
Application granted. The sentencing will be held on September 21, 2007 at 10:00 a.m. in Courtroom 17D.

7/2/07

TOTAL P.002